IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS J. BAXA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | |
| ) | |
| VILLAGE OF VILLA PARK, an Illinois ) | |
| municipal corporation, and GENARO ) | No. 08 C 3184 |
| ESPOSITO, JOSE PAGAN, KORDELL ) | |
| KITCHING, JAMES CIHAK, and ) | |
| DAVID SUBJECT, the individual ) | |
| Defendants being named in their ) | |
| individual capacities, ) | Judge Harry D. Leinenweber |
| ) | |
| Defendants. ) | Magistrate Judge Ashman |

NOTICE OF FILING

To: Mr. James L. DeAno
DeAno and Scarry
2100 Manchester Road,
    Suite A 101
Wheaton, Illinois  60187

PLEASE TAKE NOTICE that on the 3rd day of July, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Notice Of Change Of Attorney Address Or Name in the above-captioned case, a copy of which notice is herewith served upon you.

                                                                                                /s/ Joanie Rae Wimmer
                                                                                                  Joanie Rae Wimmer

CERTIFICATE OF SERVICE

     The undersigned attorney hereby certifies that on July 3, 2008, she served copies of the foregoing Notice Of Filing and the Notice Of Change Of Attorney Address Or Name upon the attorney of record listed on the Notice Of Filing by depositing said copies, in an envelope addressed as indicated, in the U.S. Mail at Downers Grove, Illinois, with proper postage prepaid.

                                                         /s/ Joanie Rae Wimmer
                                                         Joanie Rae Wimmer

JOANIE RAE WIMMER
Attorney at Law
928 Warren Avenue
Downers Grove, Illinois  60515
(630) 810-0005
Attorney No. 03125600