IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS J. BAXA,          )<br>                          )<br>         Plaintiff,    )<br>                          )<br>-vs-                      )<br>                          )<br>VILLAGE OF VILLA PARK,    )<br>an Illinois municipal corporation,   )<br>and GENARO ESPOSITO,      )<br>JOSE PAGAN, KORDELL KITCHING,   )<br>JAMES CIHAK, and DAVID SUBJECT,   )<br>the individual Defendants being named   )<br>in their individual capacities,   )<br>                          )<br>         Defendants.   ) | No. 08 CV 3184<br>Judge Leinenweber<br>Magistrate Judge Ashman |

## NOTICE OF FILING

TO:   Joanie Rae Wimmer, The Law Offices of Joanie Rae Wimmer, 928 Warren Avenue Downers Grove, IL 60515

**PLEASE TAKE NOTICE** that on **July 22, 2008** we filed via electronic filing with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **Defendants' Answer and Affirmative Defenses to Plaintiff's Complaint**, a true and correct copy of same is attached hereto and hereby served upon you.

DeANO & SCARRY

By:   s/Laura L. Scarry
      Attorney for Defendants

Laura L. Scarry
DeANO & SCARRY
53 W. Jackson Blvd.
Suite 1062
Chicago, IL 60604
(630) 690-2800
Fax: (312) 564-4125

1